**Marion Edward PEARSON, Jr., Plaintiff–Appellant,**

**v.**

**James B. BENNETT; Ernest Sutton; Carl E. Battle; Hattie B. Pimpong; Levi Brothers, Jr., Sergeant; Lewis Carter, II, Unit Manager; William Basnight, III, Assistant Unit Manager; Officer Harris; Jane Doe, Nurse Contractor; John Doe Williams, Librarian, Defendants–Appellees.**

**No. 02–7039.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Marion Edward Pearson, Jr., Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Marion Edward Pearson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pearson v. Bennett,* No. CA–02–196–5–H (E.D.N.C. June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*